```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     CALGON CARBON CORPORATION

                         Plaintiff(s)

      -vs-                                    01-Cv-6411T

     TOWN OF ONTARIO, NEW YORK, et al

                         Defendant(s)
_____
```

Mark A. Glick, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bars of New York and Utan and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Mark A. Glick, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, Mark A. Glick, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

                                                                                    S/ MICHAEL A. TELESCA
                                                MICHAEL A. TELESCA
                                                United States District Judge

Dated: Rochester, New York
       June 2, 2006